Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Karmin J Neal−Young
20925 Barker St.
Lynwood, IL 60411
SSN: xxx−xx−0618 EIN: N.A.
aka Karmin Young, aka Karmin Neal, ...

Case No. : 16−17494
Chapter : 13
Judge : Deborah L. Thorne

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: March 11, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-17494-DLT
Karmin J Neal-Young                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: tjernigan    Page 1 of 1    Date Rcvd: Mar 11, 2020
    Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db           +Karmin J Neal-Young,   20925 Barker St.,   Lynwood, IL 60411-8735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
      Joseph S Davidson    on behalf of Debtor 1 Karmin J Neal-Young jdavidson@sulaimanlaw.com,
       courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
      Marilyn O Marshall    courtdocs@chi13.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Timothy R Yueill    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A timothyy@nevellaw.com
      Timothy R Yueill    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust B timothyy@nevellaw.com
                                                         TOTAL: 5